IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**TODD HOLLER and PATRICIA HOLLER,**

    **Plaintiffs,**

v.                                                              Civil Action No. 2:23-cv-00353
                                                                 Judge Frank W. Volk

**THE TOWNSEND CORPORATION,**
**GALLAGHER BASSETT SERVICES, INC.,**
**and ACE INSURANCE COMPANY,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL

Plaintiffs Todd Holler and Patricia Holler and Defendants The Townsend Corporation, Gallagher Bassett Services, Inc., and ACE American Insurance Company (collectively, the "Parties") have reached a full and final settlement of all claims against all parties in this action and desire that all such claims be dismissed with prejudice, as well as any potential claims that the Parties may have asserted against each other that arise out of, or relate to, this action. The Court, therefore, finds good cause for all such claims to be dismissed with prejudice and so it is **ORDERED** that all such claims in this action are hereby **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs, fees, and expenses.

The clerk is **DIRECTED** to send copy of this Order to all counsel of record. ENTERED this __5th__ day of __August__, 2025.

*Frank W. Volk*
Frank W. Volk
Chief United States District Judge

Prepared by:

*/s/ Arie M. Spitz*
Kevin A. Nelson (WVSB #2715)
Arie M. Spitz (WVSB #10867)
Clayton T. Harkins (WVSB #13409)
Dinsmore & Shohl LLP
707 Virginia Street East, Suite 1300
Charleston, West Virginia 25301
Phone: (304) 357-0900
Fax: (304) 357-0919
kevin.nelson@dinsmore.com
arie.spitz@dinsmore.com
clayton.harkins@dinsmore.com
*Counsel for Gallagher Bassett Services, Inc.*

Agreed to by:

*/s/ Christopher J. Heavens*
Christopher J. Heavens (WVSB #5776)
Heavens Law Firm, PLLC
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone: (304) 346-0464
Fax: (304) 345-5775
chris@heavenslawfirm.com

J. Michael Ranson (WVSB #3017)
Cynthia M. Ranson (WVSB #4983)
Ranson Law Offices, PLLC
1562 Kanawha Boulevard, East
Charleston, West Virginia 25
Phone: (304) 345-1990
Fax: (304) 345-1999
jmr@ransonlaw.com
cmr@ransonlaw.com

James D. McQueen, Jr. (WVSB #2507)
McQueen Law, PLLC
P.O. Box 176
Huntington, WV 25706
Phone: (304)522-1344
Fax: (304)522-1345
jmcqueen@mcqueendavis.com
Counsel for Plaintiffs

*/s/ Matthew J. Perry*
Matthew J. Perry (WVSB #8589)
Jill E. Lansden (WVSB #12769)
Burns White, LLC
720 Fourth Avenue
Huntington, WV 25701
Phone: (304) 523-5400
Fax: (304) 523-5409
mjperry@burnswhite.com
jelansden@burnswhite.com
*Counsel for ACE American Insurance Company*

*/s/ Julie A. Brennan*
Timothy R. Smith (WVSB #6128)
Julie A. Brennan (WVSB # 11225)
Pion, Nerone, Girman & Smith, P.C.
420 Ft Duquesne Blvd, 1500 One Gateway
Pittsburgh, PA 15222
Phone: (412) 281-2288
Fax: (412) 281-3388
tsmith@pionlaw.com
jbrennan@pionlaw.com
Counsel for The Townsend Corporation